

SEIGER GFELLER LAURIE LLP
ATTORNEYS AT LAW

William L. Hurlock
Partner
Direct dial 212.653.8865
whurlock@sgllawgroup.com

October 11, 2011

**VIA ECF and Facsimile**

Magistrate Judge Cheryl L. Pollak
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Vonrita Matthews v. Guthy-Renker, LLC*; No. 11-cv-4864-CLP

Dear Judge Pollak:

  We represent defendant Guthy-Renker, LLC ("Guthy-Renker") in the above-captioned matter. Guthy-Renker removed this action from the Supreme Court of the State of New York, County of Richmond on October 6, 2011. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, Guthy-Renker must currently file its answer or responsive pleading on or before October 13, 2011.

  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Guthy-Renker respectfully requests an extension of time of thirty (30) days, up to and including November 14, 2011, to file its answer or responsive pleading in this action. An extension of time is necessary for Guthy-Renker to fully and completely respond to the allegations in the Complaint. Specifically, counsel for Guthy-Renker is scheduled to meet with representatives from Guthy-Renker between October 12 and 14, 2011, in the State of California, to discuss, among other things, the allegations of the Complaint. This is the first such request by Guthy-Renker.

  Despite repeated attempts to contact counsel for Plaintiff Vonrita Matthews regarding this request for an extension of time, we have been unable to speak with Plaintiff's counsel, and as such, we have been unable to obtain their consent with respect to this extension request.

  Based on the foregoing, Guthy-Renker respectfully requests an extension of time of thirty



Magistrate Judge Cheryl L. Pollak
October 11, 2011
Page 2

(30) days, or until November 14, 2011, in which to file its answer or responsive pleading to Plaintiff's Complaint.

                                         Respectfully submitted,

                                         William L. Hurlock

cc:    Robert J. Lucchese, Esq. (via regular mail)